**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00774-CV

**ROHRMOOS VENTURE, ERIC LANGFORD, DAN BASSO AND TOBIN GROVE,**
**Appellant**

**V.**

**UTSW DVA HEALTHCARE, LLP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15959**

## ORDER

Appellants' Motion for Leave to File Supplemental Authority is **GRANTED**.

/s/     BILL WHITEHILL
         JUSTICE